

**IT IS ORDERED as set forth below:**

**Date: February 25, 2014**

_____
Mary Grace Diehl
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 07-40728-MGD |
| | : | |
| **CARMEN AARONS,** | : | Chapter 13 |
| | : | |
| | : | |
| Debtor. | : | |
| _____ | : | |

**ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

The Trustee made a distribution to CLC Consumer Services ("Payee") on account of a proof of claim filed in this case. The check was not cashed by Payee and the Trustee ultimately paid the funds into the Court's registry as unclaimed funds pursuant to 11 U.S.C. § 347(a). PNC Bank, N.A., ("Claimant") acting through its Senior Vice President, Lawrence Reynolds, has filed a Petition for Payment of Unclaimed Funds ("Petition").

The Business Entity Filing History, which is attached to the Petition, shows that Claimant is the owner of Payee. Further, it shows that Payee is an active entity. Merely asserting that Claimant owns Payee does not entitle Claimant to receive funds due to Payee. Thus, Claimant has

not provided sufficient information from which the Court can determine that Claimant is entitled to the unclaimed funds. Accordingly, it is

**ORDERED** that the Application for Payment of Unclaimed Funds is **DENIED** without prejudice.

The Clerk shall serve a copy of this Order upon Debtor, Debtor's attorney, the Chapter 13 Trustee, and the parties on the attached Distribution List.

**END OF DOCUMENT**

Distribution List

PNC Bank, N.A.
C/O Lawrence Reynolds
1600 Market St., 28th Floor
Philadelphia, PA 19103