**IT IS ORDERED as set forth below:**



**Date: April 11, 2014**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 07-40728-MGD |
| | : | |
| **CARMEN AARONS,** | : | Chapter 13 |
| | : | |
| | : | |
| Debtor. | : | |
| _____ | : | |

### ORDER DENYING PETITION TO RECONSIDER PETITION FOR PAYMENT OF

### UNCLAIMED FUNDS

The Trustee made a distribution to CLC Consumer Services ("Payee") on account of a proof of claim filed in this case. The check was not cashed by Payee and the Trustee ultimately paid the funds into the Court's registry as unclaimed funds pursuant to 11 U.S.C. § 347(a). PNC Bank, N.A., ("Claimant") acting through its Senior Vice President, Lawrence Reynolds, filed a Petition for Payment of Unclaimed Funds ("Petition"). Docket No. 40. The Court entered an Order denying the Petition, stating that Claimant's assertion that it owned Payee did not entitle it to receive funds due to Payee. Docket No. 41. Claimant then filed a Petition to Reconsider Petition for Payment of

Unclaimed Funds ("Petition to Reconsider").  Docket No. 43.

The Petition to Reconsider states that Claimant does not own Payee; rather, Claimant and Payee are actually the same entity – Payee just operates under a fictitious name used by Claimant. To support this assertion, Claimant attaches a Business Entity Filing History ("Filing History"). However, the Filing History shows that PNC Bank, National Association is an owner of CLC Consumer Services.  Therefore, the Filing History contradicts the assertion in Claimant's Petition to Reconsider that it is not an owner of Payee.

Claimant has not provided sufficient information from which the Court can determine that Claimant is entitled to the unclaimed funds.  Accordingly, it is

**ORDERED** that the Petition to Reconsider Petition for Payment of Unclaimed Funds is **DENIED**.

The Clerk shall serve a copy of this Order upon Debtor, Debtor's attorney, the Chapter 13 Trustee, and the parties on the attached Distribution List.

**END OF DOCUMENT**

Distribution List

PNC Bank, N.A.
C/O Lawrence Reynolds
1600 Market St., 28th Floor
Philadelphia, PA 19103